|   |   |   |
|---|---|---|
|   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |   |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G.,<br><br>Plaintiffs,<br><br>v.<br><br>XFYF and DOES 1-10,<br><br>Defendants. | CASE NO. C22-841 MJP<br><br>ORDER ON <u>EX PARTE</u> MOTION FOR EXTENSION OF RULE 26 DEADLINES |   |

This matter comes before the Court on Plaintiffs' <u>Ex Parte</u> Motion for Extension of Rule 26 Deadlines. (Dkt. No. 17.) Having reviewed the Motion and all supporting materials, and held a hearing on January 9, 2023, the Court GRANTS the Motion.

Given that Plaintiffs do not currently know how to serve Defendants, the Court finds that the current deadlines for the initial disclosures, Rule 26(f) conference, and Joint Status Report shall be stayed until Plaintiffs have completed the expedited discovery and attempted service. The Court GRANTS the Motion and STAYS the initial deadlines until further Court Order.

1   Plaintiffs must provide a status report to the Court within 60 days of entry of this Order to update

2   the Court on the results of the third-party discovery and all efforts to identify and serve

3   Defendants.

4         The clerk is ordered to provide copies of this order to all counsel.

5         Dated January 11, 2023.

                                    Marsha J. Pechman
                                    United States Senior District Judge