UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G., <br><br> Plaintiffs, <br><br> v. <br><br> XFYF and DOES 1-10, <br><br> Defendants. | CASE NO. C22-841 MJP <br><br> ORDER OF REFERRAL |

The Court issues this Order sua sponte and in response to In re Amazon Counterfeit Enforcement Litigation, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

\\

\\

\\

ORDER OF REFERRAL - 1

1	The clerk is ordered to provide copies of this order to all counsel.

2	Dated March 10, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge