UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>               Plaintiffs,<br><br>  v.<br><br>YFXF, et al,<br><br>               Defendants. | CASE NO. 2:22-cv-00841-MJP-BAT<br><br>**ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINTS AND PERFECT PERSONAL SERVICE** |

Pursuant to Plaintiffs' Status Report on Third Party Discovery (Dkt. 20) and for good cause shown, the Court **GRANTS** Plaintiffs' request for an additional 90 days to amend their complaints and complete personal service and **ORDERS** Plaintiffs to file a status report with the Court by **May 15, 2023**.

DATED this 13th day of March, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION TO FILE
AMENDED COMPLAINTS AND PERFECT
PERSONAL SERVICE - 1