UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>YFXF, et al,<br><br>    Defendants. | CASE NO. 2:22-cv-00841-MJP-BAT<br><br>**ORDER SETTING STATUS REPORT DEADLINE** |

Pursuant to Plaintiffs' Status Report (Dkt. 23) and filing of an Amended Complaint (Dkt. 22), the Court **GRANTS** Plaintiffs' request to file another status report with the Court by **June 12, 2023**.

DATED this 17th day of May, 2023.

               BRIAN A. TSUCHIDA
               United States Magistrate Judge

ORDER SETTING STATUS REPORT
DEADLINE - 1