UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

    Plaintiffs,

v.

YFXF, et al,

    Defendants.

CASE NO. 2:22-cv-00841-MJP-BAT

**ORDER GRANTING 45 DAY EXTENSION TO PERFECT PERSONAL SERVICE ON DEFENDANT CAI**

Pursuant to Plaintiffs' Status Report (Dkt. 27) and for good cause shown, the Court **GRANTS** Plaintiffs' request for an additional 45 days to complete service on Defendant Cai and **ORDERS** Plaintiffs to complete service by **July 27, 2023** and to file a status report or motion for alternative service by **July 28, 2023.**

DATED this 12th day of June, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING 45 DAY EXTENSION
TO PERFECT PERSONAL SERVICE ON
DEFENDANT CAI - 1