UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> YFXF, et al, <br><br> Defendants. | CASE NO. 2:22-cv-00841-MJP-BAT <br><br> **ORDER GRANTING SECOND EXTENSION OF 30 DAYS REGARDING SERVICE ON DEFENDANT CAI** |

Pursuant to Plaintiffs' Status Report, Dkt. 29, and for good cause shown, the Court **GRANTS** Plaintiffs' request for an additional 30 days to complete service on Defendant Cai and **ORDERS** Plaintiffs to either complete service or move for alternative service by **August 28, 2023.**

DATED this 27th day of July, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING SECOND EXTENSION
OF 30 DAYS REGARDING SERVICE ON
DEFENDANT CAI - 1