UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

                    Plaintiffs,

        v.

YFXF, et al,

                    Defendants.

CASE NO. 2:22-cv-00841-MJP-BAT

**ORDER GRANTING THIRD EXTENSION REGARDING SERVICE ON DEFENDANT CAI**

On July 27, 2023, the Court ordered Plaintiffs to either complete service on Defendant Cai or move for alternative service no later than **August 28**, **2023.** Dkt. 30. On August 28, 2023, Plaintiff's filed a status report seeking additional time to complete investigation of Defendant Cai's physical location and indicating Plaintiff's "do not anticipate pursuing a motion for alternative service at this time." Dkt. 31. Although Plaintiff has failed to complete service, and has not set forth how much time it needs to locate Defendant Cai, the Court will grant Plaintiff one additional extension and **ORDERS**:

Plaintiff shall file proof of service upon Defendant Cai no later than October 6, 2023, or show cause why Defendant Cai should not be dismissed in this action.

DATED this 29th day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge