UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G., <br><br>Plaintiffs, <br><br>v. <br><br>XFYF and DOES 1-10, <br><br>Defendants. | CASE NO. C22-841 MJP <br><br> ORDER TERMINATING REFERRAL |

The Court previously referred all issues related to service of Defendants to Magistrate Judge Brian A. Tsuchida pursuant to <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023). Plaintiffs have now completed service of all named Defendants and moved for entry of default as to Defendant Whatsofun, Inc. And Plaintiffs do not appear to be pursuing claims against any of the Doe defendants. Accordingly, the Court TERMINATES the referral and all matters shall be resolved by the undersigned.

\\

ORDER TERMINATING REFERRAL - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated December 7, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER TERMINATING REFERRAL - 2