UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G.,<br><br>Plaintiffs,<br><br>v.<br><br>WHATSOFUN, INC., and DOES 1-10,<br><br>Defendants. | CASE NO. C22-841 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On November 7, 2023, the Court issued an order requiring the parties to file a joint status report by December 19, 2023. (Dkt. No. 35.) On December 5, 2023, Plaintiffs moved for default against Defendant Whatsofun, Inc., having dismissed their claims against Chaohui Cai. (Dkt. Nos. 34, 36.) On December 22, 2023, the Court entered default as to Defendant Whatsofun, Inc. (Dkt. No. 38.) As of the date of this Minute Order, Plaintiffs have not filed a joint status report as

MINUTE ORDER - 1

required by the Court's November 7th Order. It also appears that Plaintiffs have obtained an order of default as to the one defendant in this case, though the Court notes that there are still Does 1-10 named as defendants. The Court therefore ORDERS as follows: within 30 days of entry of this Minute Order, Plaintiffs must either: (A) file a joint status report with all parties as required by the November 7th Order; or (B) move for default judgment. If Plaintiffs no longer wish to pursue claims against the Doe defendants, they must so indicate as soon as possible and within 30 days of entry of this Minute Order. If Plaintiffs seek default judgment against the Doe defendants, they must promptly move for and obtain default against them, and include these defendants in the motion for default judgment that is due within 30 days of entry of this Minute Order. Failure to abide by the Court's Minute Order may lead to sanctions, including dismissal for failure to prosecute under Rule 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed January 30, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2